IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| WAYLEN HUNT, JR.,[1] | § | |
| | § | |
| Petitioner Below, | § | No. 208, 2021 |
| Appellant, | § | |
| | § | Court Below: Family Court |
| v. | § | of the State of Delaware |
| | § | |
| AMELIA CLARK, | § | File No. CN15-04988 |
| | § | Petition No. 21-09067 |
| Respondent Below, | § | |
| Appellee. | § | |
| | § | In the interest of: |
| | § | Zachary Clark |

Submitted: November 5, 2021
Decided: November 16, 2021

## **ORDER**

The Court issued a briefing schedule in this appeal on September 2, 2021; the appellant's opening brief was due October 5, 2021. On October 11, 2021, the Senior Court Clerk sent a brief delinquency letter to the appellant. On October 21, 2021, the Senior Court Clerk issued a notice, sent by certified mail, directing the appellant to show cause why his appeal should not be dismissed for his failure to file an opening brief and appendix. On November 1, 2021, the Court received the certified mail receipt indicating that the notice to show cause had been delivered on October 25, 2021. A timely response to the notice to show cause was due on or before

---

[1] The Court previously assigned pseudonyms to the parties pursuant to Supreme Court Rule 7(d).

November 4, 2021. The appellant has not responded to the notice to show cause, nor has he filed an opening brief. Dismissal of the appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice